DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT C. GUNTHER; JAYNE C. GUNTHER; and
HIGHPOINT TOWER TECHNOLOGY, INC., a Delaware corporation,

Appellants,

v.

MORGAN, LEWIS & BOCKIUS LLP, a Pennsylvania limited
liability partnership,

Appellee.

No. 2D2024-2142
_____

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Darren D.
Farfante, Judge.

Adam P. Merrill of Watershed Law LLC, Chicago, Illinois; Scott F. Hessell
of Sperling Kenny Nachwalter LLC, Chicago, Illinois; and Scott C.
Ilgenfritz of Johnson, Pope, Bokor, Ruppel & Burns, LLP, Tampa, for
Appellants.

James P. Fogelman, Nancy E. Hart, and Shannon Mader of Gibson,
Dunn & Crutcher LLP, Los Angeles, California; and Fred C. ("Kip")
Marhsall, II, and Joshua C. Webb of Hill Ward Henderson, Tampa, for
Appellee.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.